United States District Court
Southern District of Texas
**ENTERED**
December 30, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| Eustorgio Guzman Resendez § | |
| Ovidio Garcia, Jr.      § | |
|     Plaintiffs     § | |
|                        § | MISC. ACTION No. M-03-040 |
| vs.                    § | |
|                        § | |
| Gilberto Hinojosa, et al § | |
|     Defendants     § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff's 42 U.S.C. §1983 action, and is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the conclusions in the United States Magistrate Judge Dorina Ramos' Report and Recommendation entered on the 3rd day of June, 2004, are hereby adopted by this Court.

The Clerk shall send copies of this Order to all parties of record.

SIGNED at McAllen, Texas this 30th day of December, 2021.

                                                Ricardo H. Hinojosa
                                          UNITED STATES DISTRICT JUDGE